In the Matter of the Application of JAMES P. MAZZONE Appellant, for Payment of an Award Made in a Condemnation Proceeding Instituted by the CITY OF NEW YORK.

DAVID HJORTH et al., Respondents.

Submitted September 25, 1939; decided October 3, 1939.

Motions for reargument denied, with ten dollars costs and necessary printing disbursements. (See 281 N. Y. 139.)

DOMINICK MELICHAR, Respondent, *v.* ROBERT MICHELSON, Respondent.

SOCIETY OF THE NEW YORK HOSPITAL, Appellant.

In the Matter of the Application of THE SOCIETY OF THE NEW YORK HOSPITAL, Appellant.

DOMINICK MELICHAR et al., Respondents.

Submitted September 25, 1939; decided October 3, 1939.

Motion to resettle order dismissing appeal granted and the order resettled by providing that the appeal is dismissed, without costs. (See 281 N. Y. 665.)